UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DANAN GABALDON,

    Plaintiff,

v.                              Civ. No. 17-267 KG/GJF

BERNALILLO COUNTY
SHERIFF'S OFFICE,
et al.,

    Defendants.

## ORDER DIRECTING ISSUANCE OF NOTICE AND WAIVER OF SERVICE FORMS

THIS MATTER is before the Court on the Verified Civil Rights Complaint filed by Plaintiff Danan B. Gabaldon (Doc. 1). On July 13, 2017, the Court granted Plaintiff leave to proceed *in forma pauperis*. (Doc. 7). Because Plaintiff is proceeding *in forma pauperis,* it is the Court's responsibility to issue and serve all process. *See* 28 U.S.C. § 1915(d).

IT IS HEREBY ORDERED that the Clerk is directed to issue notice and waiver of service forms, with copies of the Verified Civil Rights Complaint (Doc. 1), for Defendants Bernalillo County Sheriff's Office, Deputy Felix Valdez, Deputy Javier Marinelarena, Deputy A. Valverde, Deputy Lee Madrid, and Deputy Zach Hayworth, at 400 Roma NW, Albuquerque, NM 87102.

    IT IS SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE